# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| APRIL BARLION, | : | Case No. 3:21-cv-187 |
| | : | |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| | : | (by full consent of the parties) |
| vs. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion to Remand.  (Doc. No. 10).  The parties agree that the Commissioner's decision should be reversed and that this matter should be remanded to the Commissioner for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision.  The Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing with a different ALJ, and then issue a new decision.

## IT IS THEREFORE ORDERED THAT:

1. The parties' Joint Motion to Remand (Doc. No. 10) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' Motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

December 21, 2021                                   *s/Sharon L. Ovington*
                                                                    Sharon L. Ovington
                                                                    United States Magistrate Judge